UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TIM KARTH**

                 Plaintiff(s)

        v.                      CIVIL ACTION NO. **16-11745-DJC**

**KERYX BIOPHARMACEUTICALS, INC., ET AL**

                 Defendant(s)

## JUDGMENT IN A CIVIL CASE

**CASPER, D.J.**

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court.** In accordance with the Memorandum and Order dated September 23, 2019, D. 152;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated: September 23, 2019                       /s/ Lisa M. Hourihan
                                                      ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.